Before MICHEL, Chief Judge,
NEWMAN and MOORE, Circuit Judges.

PER CURIAM.

Landa P. MacDonald ("MacDonald") appeals from a decision of the United States Court of Appeals for Veterans Claims affirming the denial of MacDonald's service-connection claim for the death of her veteran-husband. On appeal, MacDonald presents a single issue, namely, whether an adverse presumption in favor of the claimant should be applied when the veteran's service records have been lost by the Government. MacDonald, however, conceded both before this court as well as the court below that we previously rejected such an adverse presumption in *Cromer v. Nicholson,* 455 F.3d 1346 (Fed.Cir.2006). MacDonald notes only that *Cromer* is "not yet final, as a petition for a writ of certiorari is currently pending before the Supreme Court." After MacDonald filed her opening brief, the Supreme Court denied the petition in *Cromer. Cromer v. Nicholson,* — U.S. ——, 127 S.Ct. 2265, 167 L.Ed.2d 1093 (2007). Because MacDonald concedes that *Cromer* controls the outcome of her appeal, we *affirm.*

Jerry COLLINS, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 2007–3092.

United States Court of Appeals, Federal Circuit.

Sept. 10, 2007.

Edward E. Dove, of Lexington, Kentucky, argued for petitioner.

Calvin M. Morrow, Acting Associate General Counsel, Office of the General Counsel, United States Merit Systems Protection Board, of Washington, DC, argued for respondent. With him on the brief were B. Chad Bungard, General Counsel and Rosa M. Koppel, Deputy General Counsel.

Before MICHEL, Chief Judge,
NEWMAN, and MOORE, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered,

it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.